UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADLEY DAVID KNOX,

    Petitioner,

v.

DANIEL W. WHITE,

    Respondent.

CASE NO. 3:21-cv-05272-RSM-BAT
and 3:21-cv-05273-RSM-BAT

**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND RE-NOTING HABEAS PETITION**

The Court **GRANTS** the parties' stipulated motion to extend the briefing deadlines. Petitioner's Traverse/Response is due **July 12, 2021**; Respondent's Reply is due **July 16, 2021**; and the matter **RE-NOTED** for consideration on **July 16, 2021**.

DATED this 25th day of June, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND BRIEFING DEADLINES AND
RE-NOTING HABEAS PETITION - 1