UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADLEY DAVID KNOX,<br><br>Petitioner,<br><br>v.<br><br>DANIEL W. WHITE,<br><br>Respondent. | Case No. 3:21-cv-05272-RSM-BAT<br><br>ORDER OF DISMISSAL WITH CERTIFICATE OF APPEALABILITY |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Petitioner's Objections, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation, Dkt #25, except as to the issuance of a certificate of appealability;

(2) Petitioner's consolidated federal habeas petition (consisting of two 28 U.S.C. § 2254 petitions (Case No. 3:21-cv-05272 and Case No. 3:21-cv-05273)) contesting two Washington State judgments (Cowlitz County Superior Court Nos. 14-1-00095-0 & 14-1-01283- 4) is DENIED and DISMISSED with prejudice.

ORDER OF DISMISSAL WITH CERTIFICATE OF APPEALABILITY - 1

(3) The Court, finding that at least one issue in the petition is debatable among jurists of reason, ORDERS that Petitioner be issued a certificate of appealability in this matter.

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 20th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE